CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
November 29, 2024
LAURA A. AUSTIN, CLERK
BY: /s/T. Taylor
        DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | |
|---|---|
| **DEVIN CRAIG EVANS,** ) | |
| ) | |
| Plaintiff, ) | Case No. 7:24CV00637 |
| ) | |
| v. ) | **OPINION** |
| ) | |
| **DR. CRYSTAL LARGE, ET AL.,** ) | JUDGE JAMES P. JONES |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff, Devin Craig Evans, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. §1983, along with several other inmates as co-plaintiffs, *Huffman, et al. v. Large*, No. 7:24CV00441. The plaintiffs claimed that medical staff at a local jail would not prescribe suboxone as treatment for the plaintiffs who struggle with substance addictions. The court notified Evans that the case would be severed into multiple cases, one for each plaintiff who consented to pay the filing fee of $350. That severance Order advised that a failure to notify the court of the plaintiff's current mailing address would result in dismissal of his claims without prejudice. The court severed Evans' claims into this separate civil action, No. 7:24CV00637.

By Order entered October 13, 2024, the court directed Evans to file within thirty days an Amended Complaint concerning his personal medical needs regarding addiction treatment. More than thirty days have elapsed, and Evans has failed to

submit an Amended Complaint or otherwise communicate with the court. On November 27, 2024, the court's mailing, sent to the address Evans had provided, was returned as undeliverable, with no forwarding address. It is self-evident that the court must have a reliable address by which to communicate with the plaintiff about the case. Accordingly, I will dismiss this action without prejudice.

    An appropriate Final Order will issue herewith.

ENTER: November 29, 2024

/s/ JAMES P. JONES
Senior United States District Judge